

1105 North Market Street
Suite 901
Wilmington, Delaware 19801

Mailing Address:
P.O. Box 1380
Wilmington, DE 19899-1380

Christopher P. Simon
csimon@crosslaw.com
(302) 777.4200, ext. 102

April 27, 2018

**BY CM/ECF & HAND DELIVERY**

United States District Court
for the District of Delaware
Attn: Clerk of the Court
844 N. King Street, Unit 18
Wilmington, DE 19801

        *Re:*    *Ben Redmond, et al. v. Facebook, Inc., et al.*
                 C.A. No. 18-cv-00531-VAC

Dear Sir or Madam:

      We represent Ben Redmond, Lindsay Rathert, Salvador Ramirez, Gerry Galipault, Kyle Westendorf, Robert Woods, and Jordan Hunstone (collectively, the "Plaintiffs") in the above-captioned matter.

      Pursuant to F.R.C.P. 4(f)(2)(C)(ii), we respectfully submit the enclosed documents to be served by the Clerk's Office by registered first class international mail: (i) Class Action Complaint [D.I. 1, Filed 4/10/2018]; (ii) Summons in a Civil Action (Global Science Research Ltd.); and (iii) Affidavit of Christopher P. Simon Regarding Service of Process Pursuant to F.R.C.P.(f)(2)(C)(ii).

      The name and address of the defendant to be served are as follows:

                 Global Science Research Ltd.
                 Magdalene College
                 Cambridge
                 United Kingdom
                 CB3 0AG

   We appreciate your assistance with service in this action and are available at your convenience should you have any questions.

              Respectfully submitted,

              */s/ Christopher P. Simon*

              Christopher P. Simon (No. 3697)

Enclosures

cc:  Robert F. Ruyak, Esq. (via electronic mail)
    Richard Ripley, Esq. (via electronic mail)
    Rebecca Anzidei, Esq. (via electronic mail)
    Richard W. Fields, Esq. (via electronic mail)
    Matthew Jury, Esq. (via electronic mail)
    David G. Holmes, Esq. (via electronic mail)
    File Copy